THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Tyrone Kelley, Appellant.
 
 
 

Appeal From Richland County
 G. Thomas Cooper, Jr., Circuit Court 
 Judge

Unpublished Opinion No.  2005-UP-0028
Submitted January 1, 2005  Filed January 
 13, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, for Appellant.
Attorney General Henry 
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,  Assistant 
 Deputy Attorney General Donald J. Zelenka, Office of the Attorney General, all 
 of Columbia; and Solicitor Warren Blair Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Tyrone Kelley was indicted for murder and grand larceny 
 over $5000.  He pled guilty to both charges.  The trial court sentenced him 
 to ten years imprisonment for grand larceny and thirty years for murder, with 
 the sentences concurrent.  Kelleys counsel attached to the final brief a petition 
 to be relieved as counsel stating she had reviewed the record and concluded 
 the appeal lacked merit.  Kelley did file a pro se response.  After a 
 thorough review of the record pursuant to Anders v. California, 386 U.S. 
 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), 
 we dismiss the appeal and grant counsels motion to be relieved. 
 [1] 
 APPEAL DISMISSED.
HUFF, KITTREDGE, and BEATTY, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.